ANTHONY BATTIFARANO, PLAINTIFF - PETITIONER, v. THE PLANNING BOARD OF THE BOROUGH OF ALPINE, *ET AL.*, DEFENDANTS-RESPONDENTS.

*Mr. William A. Fasolo* for the petitioner.

*Messrs. Schneider, Schneider, Behr, Rosner & Carlton* for the respondents.

March 26, 1968. Denied.

FRITZ BOROWSKY, PLAINTIFF-PETITIONER, v. ERNEST G. BOROWSKY, *ET AL.*, DEFENDANTS-RESPONDENTS.

*Messrs. Williams, Willette & Faccone* for the petitioner.

*Messrs. Burton, Quackenboss & Axelrod* and *Mr. Lawrence Grossman* for the respondents.

March 26, 1968. Denied.

STATE OF NEW JERSEY, PLAINTIFF-RESPONDENT, v. MARGARET M. LOWRY, DEFENDANT-PETITIONER.

*Mr. John W. Gilbert* for the petitioner.

*Mr. James A. O'Neill* and *Mr. Henry Gorelick* for the respondent.

March 26, 1968. Denied.